IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THEODORA SEBROSKI | : |
| | : |
| v. | : CIVIL ACTION NO. MJG-98-1565 |
| | : |
| UNITED STATES OF AMERICA | : |

..oOo..

**O R D E R**

The liability of the Government in this Federal Tort Claims Act complaint was not contested, leaving this Court to ascertain the amount of damages to be awarded to Ms. Sebroski. After hearing the testimony of plaintiff and her husband, as well as expert and non-expert witnesses, United States Magistrate Judge Beth Gesner entered judgment for the plaintiff in the amount of $38,657.13. (Paper Nos. 24 & 25.) On November 22, 1999, the plaintiff filed a Bill of Costs pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920. (Paper No. 26.) The Government does not oppose the taxation request. (Paper No. 29.) Therefore, the undersigned Clerk is free to award costs as permitted under the law without notice or hearing. See Local Rule 105.6. Each item shall be reviewed seriatim.


